IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GOLDEN VASQUEZ,

       Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4515

Opinion filed August 1, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Golden Vasquez, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Gayla Grant and Sheron Wells, Assistant General Counsels, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

       Golden Vasquez seeks a writ of mandamus to compel the circuit court to reopen the petition for writ of habeas corpus case file. The lower tribunal entered an order administratively closing the file upon the belief that Vasquez had filed a notice of

appeal, divesting the court of jurisdiction. However, as Vasquez asserts, and as the respondent concedes, no such notice of appeal has been filed. Accordingly, the lower tribunal is directed to reopen the case file and to dispose of the pending petition forthwith.

LEWIS, WETHERELL, and OSTERHAUS, JJ., CONCUR.